UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOAN FERRANTE RICH,<br><br>Plaintiff,<br><br>-v-<br><br>DEALOGIC LLC, *et al.*,<br><br>Defendants. | : | 26 Civ. 7065 (JPC)<br><br>ORDER |

JOHN P. CRONAN, United States District Judge:

The Complaint in this action was filed on August 19, 2026 and asserted claims against eight Defendants, including ION Investment Group Limited ("IIGL"). Dkt. 1. Plaintiff filed an Amended Complaint on September 15, 2026. The caption lists IIGL as a Defendant, but the text of the Amended Complaint no longer mentions IIGL. The remaining Defendants have waived service, appeared, and answered. Dkts. 6-13; 15. But the docket does not reflect that IIGL has waived service or been served.

Accordingly, Plaintiff is ordered to file a status letter by November 23, 2026, advising the Court whether she intends to pursue IIGL in this action. If she does, the status letter must describe whether service of the summons and Complaint has been made on IIGL, and if not, why good cause exists to excuse Plaintiff's failure to serve IIGL within the 90-day deadline set by Rule 4(m). *See* Fed. R. Civ. P. 4(m). If no such letter is filed, the Court will dismiss IIGL as a Defendant in this action.

SO ORDERED.

Dated: November 18, 2026
New York, New York

JOHN P. CRONAN
United States District Judge